MALAKAUSKAS LAW FIRM
Daniel Joseph Malakauskas
P.O. Box 7006
Stockton, CA  95267
Telephone:  (866) 790-2242
Facsimile:  (888) 802-2440
Email: daniel@malakauskas.com

Attorney for Plaintiff,
Cynthia Hopson

LEWIS, BRISBOIS, BIGAARD, & SMITH LLP
Melissa Daugherty
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Email: Melissa.daugherty@lewisbrisbois.com

Attorneys for Defendants
Longs Drug Stores LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>             PLAINTIFF,<br><br>      v.<br><br><br>LONGS DRUG STORES LLC and DOES 1-10, inclusive,<br><br><br>             DEFENDANTS. | CASE NO. 2:14-cv-00550-JAM-AC<br><br>**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

1
STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF

1
2          MALAKAUSKAS LAW FIRM
3
4 Dated:  April 15th, 2015   */s/ Daniel Malakauskas*
5              DANIEL MALAKAUSKAS
              Attorney for Plaintiff,
6              Cynthia Hopson
7
           LEWIS, BRISBOIS, BISGAARD & SMITH LLP
8
9
10 Dated:  April 15th, 2015   */s/ Melissa T. Daugherty*
              MELISSA T. DAUGHERTY,
11              Lewis, Brisbois, Bisgaard, & Smith LLP,
              Attorney for Defendant,
12              Longs Drug Stores LLC

## ORDER

**IT IS HEREBY ORDERED**, that this action be dismissed**, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date:  May 19, 2015

                                              /s/ John A. Mendez
                                              United States District Court Judge